| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jessica Marie Cusato<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2888<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Robert Anthony Cusato<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8938<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–26140–JNP | | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jessica Marie Cusato                            Robert Anthony Cusato

    <u>6/10/21</u>                                                      **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26140-JNP |
| Jessica Marie Cusato | Chapter 13 |
| Robert Anthony Cusato | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 10, 2021 | Form ID: 3180W | Total Noticed: 93 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jessica Marie Cusato, Robert Anthony Cusato, 5 Park Avenue, West Berlin, NJ 08091-3745 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| cr | + | LOANDEPOT.COM, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | MR. COOPER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 516993439 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AHFC, 201 Little Falls Drive, Wilmington, DE 19808 |
| 517189143 | + | Apex Asset Management, LLC, Virtua Health System WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516993438 | | Apothaker Scian P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 516993442 | | Bank of America, 409 Savarese Cir, Tampa, FL 33634 |
| 516993453 | + | CBT Campus, 905 E. Martin Luther King Jr. Dr. #500, Tarpon Springs, FL 34689-4830 |
| 516993444 | + | Calavary SPV 1, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 516993445 | | Camden County MUA, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 517106284 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 516993457 | + | Comcast Cable Communications, LLC., 1100 Laurel Oak Road, Voorhees, NJ 08043-4363 |
| 516993463 | + | D & S Global Solutions, Ltd., 13809 Reseatch Boulevard, Suite 800, Austin, TX 78750-1211 |
| 516993468 | + | Fidelity Investments, Fidelity Brokerage Services, LLC, 900 Salem Street, Smithfield, RI 02917-1243 |
| 517192333 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 516993469 | + | KIA Finance, Turnersville Kia, 2900 Route 42, Turnersville, NJ 08012 |
| 517215287 | + | LOANDEPOT.COM, LLC, Attn Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 516993473 | + | Loan Depot, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 516993475 | + | Lyons, Doughty, & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 516993476 | | MCYDSNB, 91111 Duke Blnd, Mason, OH 45040 |
| 518134548 | + | MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |
| 518134549 | + | MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9741, MR. COOPER, PO BOX 619096 DALLAS, TX 75261-9096 |
| 516993477 | | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 516993485 | + | Synchrony Bank/Lowe's Business Revolving, P.O. Box 965036, Orlando, FL 32896-5036 |
| 516993489 | + | Tenaglia & Hunt, 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 516993492 | | Virtua Health, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516993440 | + | Email/Text: broman@amhfcu.org | | |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 3180W | Total Noticed: 93 |

| Recipient ID | | Delivery Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jun 10 2021 21:08:00 | American Heritage Federal Credit Union, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 516993441 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 10 2021 21:08:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 517015844 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 10 2021 21:08:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516993443 | + | EDI: TSYS2.COM | Jun 11 2021 00:18:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 516993452 | + | EDI: CITICORP.COM | Jun 11 2021 00:18:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 516993451 | | EDI: CITICORP.COM | Jun 11 2021 00:18:00 | CBNA, 50 Northwest PointRoad, Elk Grove Village, IL 60007 |
| 517115236 | | EDI: BL-BECKET.COM | Jun 11 2021 00:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516993446 | + | EDI: CAPONEAUTO.COM | Jun 11 2021 00:18:00 | Capitol One Auto Finance, 3901 Dallas Paekway, Plano, TX 75093-7864 |
| 516993447 | + | EDI: CAPITALONE.COM | Jun 11 2021 00:18:00 | Capitol One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 516993448 | | EDI: CAPITALONE.COM | Jun 11 2021 00:18:00 | Capitol One Bank USA NA, 1500 Capital One Drive, Henrico, VA 23238 |
| 516993449 | + | EDI: CAPITALONE.COM | Jun 11 2021 00:18:00 | Capitol One Bank USA NA, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 516993450 | + | EDI: CAPITALONE.COM | Jun 11 2021 00:18:00 | Capitol One/Best Buy, 26525 N. Riverwoods Boulevard, Lake Forest, IL 60045-3440 |
| 517158218 | + | Email/Text: bankruptcy@cavps.com | Jun 10 2021 21:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516993454 | + | Email/Text: compliance@chaserec.com | Jun 10 2021 21:09:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 516993455 | + | EDI: CITICORP.COM | Jun 11 2021 00:18:00 | Citibank/Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 516993456 | + | Email/Text: mediamanagers@clientservices.com | Jun 10 2021 21:07:00 | Client Services Incorporated, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 516993458 | + | EDI: WFNNB.COM | Jun 11 2021 00:18:00 | Comenity Bank/Fashionbug, P.O. Box 182272, Columbus, OH 43218-2272 |
| 516993459 | + | EDI: WFNNB.COM | Jun 11 2021 00:18:00 | Comenity Bank/NWYRK&CO, 220 W. Schrock Road, Westerville, OH 43081-2873 |
| 516993460 | + | EDI: WFNNB.COM | Jun 11 2021 00:18:00 | Comenity Bank/Venus, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 516993461 | | EDI: WFNNB.COM | Jun 11 2021 00:18:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 516993462 | + | EDI: WFNNB.COM | Jun 11 2021 00:18:00 | Comenity Capital/Boscov's, P.O. Box 182120, Columbus, OH 43218-2120 |
| 517178217 | | EDI: Q3G.COM | Jun 11 2021 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516993464 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 10 2021 21:08:00 | Department of Education, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 516993467 | | Email/Text: bknotice@ercbpo.com | Jun 10 2021 21:08:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 516993466 | + | Email/Text: bknotice@ercbpo.com | | |

Case 17-26140-JNP    Doc 64    Filed 06/12/21    Entered 06/13/21 00:14:35    Desc Imaged
                               Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 3180W | Total Noticed: 93 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 10 2021 21:08:00 | Enhanced Recovery Co. L., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516993470 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jun 10 2021 21:07:00 | Kohls/Capone, N56 W. 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 516993471 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jun 10 2021 21:07:00 | Kohls/Scapone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 516993472 | + | Email/Text: bk@lendingclub.com | | |
| | | | Jun 10 2021 21:09:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 516993474 | + | Email/Text: bknotification@loandepot.com | | |
| | | | Jun 10 2021 21:09:00 | LoanDepot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 518518021 | + | EDI: AISMIDFIRST | | |
| | | | Jun 11 2021 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518518020 | + | EDI: AISMIDFIRST | | |
| | | | Jun 11 2021 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517163866 | + | EDI: MID8.COM | | |
| | | | Jun 11 2021 00:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517142654 | | EDI: PRA.COM | | |
| | | | Jun 11 2021 00:18:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517106635 | | EDI: PRA.COM | | |
| | | | Jun 11 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517142713 | | EDI: PRA.COM | | |
| | | | Jun 11 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517127264 | | EDI: PRA.COM | | |
| | | | Jun 11 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517159065 | | EDI: Q3G.COM | | |
| | | | Jun 11 2021 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517174881 | | EDI: Q3G.COM | | |
| | | | Jun 11 2021 00:18:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516993480 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | SYNCB/Care Credit, 950 Forrer Boulevard, Dayton, OH 45420-1469 |
| 516993478 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Syncb/Amazon, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516993479 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Syncb/Amer Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516993481 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Syncb/Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516993482 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Syncb/TJX Cos, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516993483 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Syncb/ToysRUs, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516993484 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Syncb/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 517213269 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516995853 | + | EDI: RMSC.COM | | |
| | | | Jun 11 2021 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 3180W | Total Noticed: 93 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516993487 | | EDI: TDBANKNORTH.COM | Jun 11 2021 00:18:00 | TD Bank N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 517208435 | + | Email/Text: bncmail@w-legal.com | Jun 10 2021 21:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516993488 | + | EDI: WTRRNBANK.COM | Jun 11 2021 00:18:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 516993486 | | EDI: WTRRNBANK.COM | Jun 11 2021 00:18:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 517025651 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 10 2021 21:08:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517110580 | + | EDI: AIS.COM | Jun 11 2021 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516993490 | | EDI: VERIZONCOMB.COM | Jun 11 2021 00:18:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 516993491 | | EDI: VERIZONCOMB.COM | Jun 11 2021 00:18:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 516993497 | + | EDI: WFFC.COM | Jun 11 2021 00:18:00 | WFF NATIONAL BANK, P.O. Box 94498, Las Vegas, NV 89193-4498 |
| 517059563 | | EDI: WFFC.COM | Jun 11 2021 00:18:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 516993493 | | EDI: WFFC.COM | Jun 11 2021 00:18:00 | Wells Fargo Bank, N.A., P.O. Box 10438, Des Moines, IA 50306-0438 |
| 516993494 | + | EDI: WFFC.COM | Jun 11 2021 00:18:00 | Wells Fargo Bank, N.A., P.O. Box 14517, Des Moines, IA 50306-3517 |
| 517107018 | | EDI: WFFC.COM | Jun 11 2021 00:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517129551 | | EDI: WFFC.COM | Jun 11 2021 00:18:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516993495 | | EDI: WFFC.COM | Jun 11 2021 00:18:00 | Wells Fargo Dealer Services, P.O. Box 17900, Denver, CO 80217-0900 |
| 516993496 | + | EDI: WFFC.COM | Jun 11 2021 00:18:00 | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518349994 | *+ | MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9741, MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |
| 518349993 | *+ | MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |
| 516993465 | ##+ | Eastern Account System, 75 Glen Road, Suite 310, Sandy Hook, CT 06482-1175 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: Jun 10, 2021 | Form ID: 3180W | Total Noticed: 93

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021           Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDLAND MORTAGE dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jack L. Turner, Jr. | on behalf of Debtor Jessica Marie Cusato jackflash2@comcast.net |
| Jack L. Turner, Jr. | on behalf of Joint Debtor Robert Anthony Cusato jackflash2@comcast.net |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor MR. COOPER nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor LOANDEPOT.COM LLC nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10